IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

GARY D. PRICE,

      Plaintiff,               No. 1:13-cv-01730-CL

    v.                     **ORDER**

CITY OF CORNING, CALIFORNIA,

      Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation (#4), and the matter is now before this court. See
28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed
objections and I have reviewed the file of this case *de novo.* 28
U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus.
Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

1 - OPINION AND ORDER

As to the dismissal of Plaintiff's Complaint (#1), I find no error and the Report and Recommendation is ADOPTED.  The original Complaint is dismissed without prejudice.  As to Plaintiff's petition to proceed *in forma pauperis*, I note that Plaintiff has filed an Amended Complaint (#10).  I withhold ruling on Plaintiff's IFP petition pending review of the Amended Complaint.

IT IS SO ORDERED.

DATED this ___/___day of November, 2013.


OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER