IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

GARY D. PRICE,

    Plaintiff,

v.

CITY OF CORNING, CALIFORNIA,

    Defendant.

No. 1:13-cv-01730-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#44), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

1 - OPINION AND ORDER

I find no error. Plaintiff's complaint does not meet the requirements of Fed. R. Civ. P. 12(b)(6) and it does not appear that further amendment could cure the deficiencies. The case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 8 day of July, 2014.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER